**FILED**
CLERK, U.S. DISTRICT COURT

March 11, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TONY TISCARENO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC., et al.<br><br>    Defendants. | CASE NO. 2:13-cv-01560-SJO-AGR<br><br>JUDGMENT ON PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Date: December 30, 2013<br>Time: 10:00 a.m.<br>Room: Courtroom 1 (2nd Floor)<br>Judge: Honorable S. James Otero<br>Complaint filed: 01/21/10 |

December 30, 2013, the motion for summary judgment by defendants, Kristy Graham, Netflix, Inc., Blockbuster, LLC, and Eric Norwitz (collectively, "Defendants") against plaintiff, Tony Tiscareno, came regularly for hearing. After fully considering the motion, opposition, reply, objections, evidence, legal authorities, and oral argument, the court granted Defendants' motion for summary judgment.

THE COURT ORDERS:

1. Plaintiff, Tony Tiscareno, shall take nothing by way of the only claim, copyright infringement, in his first amended complaint.

1

2. Judgment is entered on plaintiff's first amended complaint in favor of defendants, Kristy Graham, Netflix, Inc., Blockbuster, LLC, and Eric Norwitz, and against Plaintiff.

Dated: March 11, 2014

*S. James Otero*
_____
Honorable S. James Otero
U.S. District Court Judge

2